# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**-vs-** Case No. 6:06-cr-178-Orl-31UAM

**LETARIUS R. JOHNSON**
_____

## ORDER

Upon reconsideration of the Report and Recommendation of Magistrate Judge Kelly (Doc. 110) in light of Defendant's Objections thereto (Doc. 114), it is the Court's considered opinion that Defendant is not entitled to the relief requested. The government has considered in good faith the Defendant's alleged assistance and has concluded that it was not substantial (Doc. 105). There has been no showing of unconstitutional motive on the government's part. Accordingly, it is

**ORDERED** that Defendant's objection is OVERRULED, and the Report and Recommendation is CONFIRMED and ADOPTED. The Motion to Compel (Doc. 102) is DENIED.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on September 10, 2009.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Marshal
United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendant
Letarius R. Johnson