UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                      CASE NO. 6:06-cr-178-Orl-31GJK

LETARIUS JOHNSON,

    Defendant.

_____

**ORDER**

This case comes before the Court on Defendant's 18 U.S.C. § 3582(c) Motion for Reduction of Sentence (Doc. No. 133). Defendant seeks reconsideration of the Court's November 16, 2009, Order (Doc. No. 126) in which the Court denied his motion for modification of sentence. Defendant has not demonstrated that he is entitled to relief. As the Court has previously stated, it has no authority under 18 U.S.C. § 3582(c) to lower Defendant's sentence below the statutory mandatory minimum to which he was sentenced. *See United States v. Williams*, 549 F.3d 1337, 1339 (11th Cir. 2008) (holding "where a retrospectively applicable guideline amendment reduces a defendant's based offense level, but does not alter the sentencing range upon which his or her sentence was based, § 3582(c) does not authorize a reduction in sentence.") (citing *United States v. Moore*, 541 F.3d 1323, 1330 (11th Cir. 2008)). Because Defendant was sentenced to the statutory minimum as a career offender, he would be subject to the same minimum sentencing range post-amendment, and thus the Court cannot reduce his sentence based on § 3582(c).

Accordingly, it is **ORDERED** that Defendant's 18 U.S.C. § 3582(c) Motion for Reduction of Sentence (Doc. No. 133) is **DENIED**.

**DONE AND ORDERED** at Orlando, Florida, this 27th day of April, 2011.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies to:
OrlP-3 4/27
Letarius Johnson
Counsel of Record